# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARUSO,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA RECOVERY BUREAU,<br><br>    Defendant. | Case No. 16-cv-0902 BTM DHB<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this case is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this 7th day of September, 2016.

*Barry Ted Moskowitz*
HON. BARRY TED MOSKOWITZ
United States District Judge

Order to Dismiss - 1